

**AVENUE A**



**EAST 7TH STREET**



**SIGNAGE**



**COUNTERTOP**



**INTERIOR STEPS RAMP**



**INTERIOR STEPS HANDRAILS**